Louis Kuenazkes, Appellee, v. Chicago Transit Author-
ity, et al. Harry J. Keenan, Appellant.
Louis Kuenazkes, Appellant, v. Chicago Transit Au-
thority, et al. Chicago Transit Authority, Appellee.

Gen. Nos. 44,863, 44,864. 

Werner W. Schroeder, William S.
Allen, Harry I. Parsons, Arthur J. Donovan, and Shavin &amp; Hamilton,
for appellants; Harrison L. Dod, of counsel; Wyatt Jacobs, Charles E.
Heckler and Robert O. Rooney, for appellee. Opinion by JUSTICE
FEINBERG. Not to be published in full. Opinion filed December 19,
1949; released for publication January 5, 1950.

Frank Kendrick and Parilee Kendrick, Appellees, v.
Isadore Hirschberg et al., Defendants.

Gen. No. 44,902. 

249

Moe M. Forman and J. Edward Jones, for appellant; no appearance for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 19, 1949; released for publication January 5, 1950.

## O. D. Jennings and Company, Appellee, v. Fulton Machine Company, Appellant.

Gen. No. 44,736.

John Marshall Dahlberg, for appellant; Fyffe & Clarke, for appellee; John Harrington and Albert J. Smith, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 19, 1949; rehearing denied January 4, 1950; released for publication January 5, 1950.

## Myron Royster, Appellee, v. Maude Royster, Appellant.

Gen. No. 44,796.